54 So.3d 508 (2010)
Lamir Lee GRAY, Appellant,
v.
STATE of Florida, Appellee.
No. 5D10-1184.
District Court of Appeal of Florida, Fifth District.
December 14, 2010.
*509 James S. Purdy, Public Defender, and Ailene S. Rogers, Assistant Public Defender, Daytona Beach, for Appellant.
Bill McCollum, Attorney General, Tallahassee, and Pamela J. Koller, Assistant Attorney General, Daytona Beach, for Appellee.
PER CURIAM.
AFFIRMED. See Fla. R.App. P. 9.140(b)(2).
MONACO, C.J., TORPY and EVANDER, JJ., concur.